■ In the Matter of MICHAEL G. MARINANGELI, a Suspended Attorney. [646 NYS2d 618] —Petitioner's application is granted

and petitioner is reinstated as an attorney and counselor-at-law in the State of New York on the condition contained in the order of this Court. No opinion. Concur—Sullivan, J. P., Kupferman, Ross, Nardelli and Williams, JJ.